# EXHIBIT A

Raymond Palmer Jr



February 3, 2014

PO BOX 25759 • GREENVILLE, SC 29616-0759

**You currently owe $27,265.95**
**Original Creditor: BANK OF AMERICA**
**Current Owner: CASCADE CAPITAL LLC**
**You DO Have Options!**

 Our office will allow you to settle your account for $9,543.08 if payment is received before 3/13/2014. We are not obligated to renew this offer. Upon receipt and clearance of your payment, this account will be considered satisfied and closed, and a settlement letter will be issued.

 Our office will allow you to settle your account for $13,632.98 in 2 payments starting on 3/13/2014. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of these two payments of $6,816.49, this account will be considered satisfied and closed, and a settlement letter will be issued.

 Our office will allow you to settle your account for $17,722.87 in 4 payments starting on 3/13/2014. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of these four payments of $4,430.72, this account will be considered satisfied and closed, and a settlement letter will be issued.

 If you are unable to accept one of the above settlement offers, please contact our office for a partial payment plan that you can afford. In many cases we can freeze the interest while you are adhering to a partial payment plan. We take pride in working with all customers, regardless of your current financial position.

Please contact us at 1-877-858-4197 if you have any questions. There may be other options available.

1-877-858-4197

www.dynamicrecovery.com/webpay
Your online password will be the last 4 digits of your SSN or Account Number.

**PO BOX 25759, GREENVILLE, SC 29616-0759**

ACH DISCLOSURE: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When information from your check is used to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon you written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

▲ Please Detach And Return in The Enclosed Envelope With Your Payment ▲

PO BOX 25759
GREENVILLE, SC 29616-0759

30 48 00009374
363968

| For on-line payment, visit us at www.dynamicrecovery.com/webpay | | |
|---|---|---|
| TO PAY BY CREDIT CARD, PLEASE COMPLETE THIS SECTION | VISA ☐ | ☐ |
| CARD NUMBER | EXP. DATE | |
| SIGNATURE | SECURITY CODE | |
| ACCOUNT # | TOTAL DUE $27,265.95 | AMOUNT |

DYNAMIC RECOVERY SOLUTIONS
PO BOX 25759
GREENVILLE, SC 29616-0759

Raymond Palmer Jr

00009374
4OPT
DRS.wfd

**California Residents:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
Nonprofit credit counseling services may be available in the area.

**Colorado Residents:  717 17th Street Suite 2300 Denver, CO 80202-3317 1-866-436-4766**
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Toll Free No. (866) 996-1535
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA

**Idaho Residents:**
If the debt collector has a managerial or financial interest in the creditor, or the creditor has a managerial or financial interest in the debt collector, every communication with the debt must disclose the interest.
135 Interstate Blvd Ste 6 Greenville, SC 29615. Toll Free No. (866) 996-1535

**Kansas Residents:**
An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

**Massachusetts Residents:**
 NOTICE OF IMPORTANT RIGHTS:
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.
Office Hours:  M-F 8:00 a.m. to 5:00 p.m.

**Maine Residents:** Hours of Operation:  M-F 8:00 a.m. to 5:00 p.m. Toll Free No. (866) 996-1535

**Minnesota Residents:** This collection agency is licensed by the Minnesota Department of Commerce.

**North Carolina Residents:** North Carolina Permit: 103516

**New York City Residents:** New York City Department of Consumer of Affairs License Number 612800

**Tennessee Residents:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.

**Washington Residents:** This collection agency is licensed in the State of Washington at the following address:
Collection Agency Program, Department of Licensing, PO Box 9034, Olympia, WA  98507-9034.

**Wisconsin Residents:**
This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

00009374
DRS.wfd