UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAY PALMER, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.                                         Case No.:.   6:15-cv-59-ORL-40-KRS

DYNAMIC RECOVERY SOLUTIONS, LLC,
and CASCADE CAPITAL, LLC.

    Defendants.

_____/

**NOTICE OF MEDIATION DATE**

    COMES NOW, the Plaintiff, RAY PALMER, and files this Notice of Mediation Date pursuant to the Case Management Report and Scheduling Order (Docket No. 34) and states that, the parties have agreed to mediate with Mr. Richard Wack, at his office located at 174 W. Comstock Ave., Suite 106, Winter Park, FL 32789 beginning at 9:30 a.m. on Thursday November 5, 2015.

DATED: May 8, 2015

                                                          /s/ Donald E. Petersen
                                                          DONALD E. PETERSEN
                                                          Law Office of Donald E. Petersen
                                                          Post Office Box 1948
                                                          Orlando, FL 32802-1948
                                                          Voice :     (407) 648-9050
                                                          E.C.F. (Only) : depecf@cfl.rr.com
                                                          Email : petersen221@yahoo.com
                                                         F.B.N.  0776238

        and
        /s/ O. Randolph Bragg
        O. Randolph Bragg
        HORWITZ, HORWITZ & ASSOC.
        25 East Washington St., Suite 900
        Chicago, IL 60602
        (312) 372-8822
        (312) 372-1673 (FAX)
        E-mail: rand@horwitzlaw.com

        ATTORNEYS FOR PLAINTIFF
        AND THE PUTATIVE CLASS

## **CERTIFICATE OF SERVICE**

I, DONALD E. PETERSEN, hereby certify that a copy of the foregoing was served to:

ERNEST H. KOHLMYER, III, ESQ., LLM
URBAN, THEIR, FEDERER & CHINNERY, P.A.
200 South Orange Ave., Suite 20000
Orlando, Florida 32801

and

BRIAN RUBENSTEIN, ESQ.
COLE, SCOTT & KISSANE, P.A.
4301 WEST BOY SCOUT BLVD., SUITE 400
TAMPA, FL 33607

to Mr. Kohlmyer and Mr. Rubenstein, *via* the Court's CM/ECF system on the date

indicated therein.

 There are not any parties who are pro se or non CM/ECF participants.

        /s/ Donald E. Petersen
        Donald E. Petersen