UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAY PALMER, JR.,                                CASE NO.  6:15-cv-00059-PGB-KRS
on behalf of himself,
and all others similarly situated,
       Plaintiff,

   v.

DYNAMIC RECOVERY SOLUTIONS LLC,
and CASCADE CAPITAL, LLC

       Defendants.
_____/

**PLAINTIFF'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, Plaintiff Ray Palmer, Jr. moves this Court for an award of attorneys' fees and expenses payable by Defendants Dynamic Recovery Solutions LLC and Cascade Capital, LLC pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(a)(3).  The following is stated in support thereof.

    1.    On January 15, 2015 Plaintiff commenced this class action alleging Defendants violated the FDCPA.  (Doc. 1.)

    2.    Plaintiff's Motion for Class Certification and supporting documents were filed July 6, 2016.  (Doc. 38 and 39.)

1

3. After the exchange information and documents, the parties reached a class- wide settlement agreement regarding all issues raised in this litigation on July 29, 2015. (Doc. 40.)

4. By Order of May 4, 2016 the Court denied the parties' Joint Motion for Class Certification and Preliminary Approval of Class Settlement. (Doc. 57.)

5. On July 6, 2015 the parties' filed their Renewed Joint Motion for Class Certification and Preliminary Approval of Class Settlement. (Doc. 60.)

6. By Order of October 11, 2016 the Court granted the parties' Renewed Joint Motion for Class Certification and Preliminary Approval of Class Settlement. (Doc. 65.)

7. On November 21, 2016 the parties' filed their Amended Renewed Joint Motion for Class Certification and Preliminary Approval of Class Settlement. (Doc. 67.)

8. By Order of December 2, 2016, the Court granted Preliminarily Approval of the parties' Amended Renewed Joint Motion for Class Certification and Preliminary Approval of Class Settlement. (Doc. 68.)

9. The Court has scheduled a hearing regarding Final Approval of the Class Settlement for February 21, 2017 at 9:00 a.m. (Doc. 70.)

10. Plaintiff and the Class are represented by attorneys Donald E. Petersen and O. Randolph Bragg.

11. Plaintiff's attorney Donald E. Petersen has expended a <u>total of 84.5</u> hours on behalf of Plaintiff through January 28, 2017. An itemized account is contained with the Declaration of Donald E. Petersen in Support of Plaintiff's Motion for Attorneys' Fees and Expenses ("Petersen Decl."), filed herewith. Mr. Petersen seeks an hourly rate of $400.00 for time expended on the matter. Mr. Petersen's lodestar is $33,800.00 (84.5 hours x $400/hr. = $33,800.00). Petersen Decl., # 13-14. Mr. Petersen also seeks reimbursement for litigation expenses of $470.00 through January 28, 2017. Petersen Decl., # 15. Mr. Petersen requests an award of $ 34,270.00 for his time and expenses through January 28, 2017.

12. Plaintiff's attorney O. Randolph Bragg has expended a total of 78.9 hours through January 28, 2017 on behalf of Plaintiff. An itemized account of the total is contained in Exhibit A to Declaration of O. Randolph Bragg in Support of Plaintiff's Motion for Award of Costs and Attorney Fees, filed herewith. The hourly rate for the services provided by O. Randolph Bragg is $450 per hour. *See* Declaration of O. Randolph Bragg. The total lodestar calculation for the services of O. Randolph Bragg is $35,505.00 (78.9 hours x $450/hr. = $35,505.00). Mr. Bragg's law firm incurred in litigation expenses of $168.00 in the prosecution of this litigation. *See* Exhibit B to Declaration of O. Randolph Bragg. Mr. Bragg requests an award of $35,760.50 for his time and expenses through January 28, 2017. The lodestar calculation for paralegal, Shannon Carter, is

(0.7 hours x $125.00/hour) $87.50.

13. Plaintiff's attorneys have incurred a total of $638.00 for their time and expenses through January 28, 2017.

14. Plaintiff's attorneys will each submit a Supplemental Declarations detailing the additional time and costs expended after January 28, 2017 in the completion of this litigation.

15. In order to account for any unsuccessful activities, duplication, etc. Plaintiff's attorneys have agreed to reduce their lodestar calculation by 25% which equals $ 17,348.13.

16. Plaintiff requests an award of $ 52,044.37 attorneys fees and $638.00 costs for a total of $52,682.37 for their time and expenses incurred through January 28, 2017.

WHEREFORE, Plaintiff Ray Palmer, Jr. requests this Honorable Court to award reasonable attorneys' fees for the services of Plaintiff's counsel based on a lodestar calculation of $ 52,044.37, litigation costs and expenses of $638.00, for a total of $ 52,682.37 through January 28, 2017 plus any additional costs and attorney fees for the time expended litigating this matter.

| DATED: February 15, 2017 | Respectfully submitted, |
|---|---|

|  |  |
|---|---|
|  | s/ O. Randolph Bragg |
|  | O. RANDOLPH BRAGG<br>HORWITZ, HORWITZ & ASSOCIATES<br>25 E. Washington Street, Suite 900<br>Chicago, IL  60602<br>Telephone:  312/372-8822<br>rand@horwitzlaw.com<br><br>/s/ Donald E. Petersen<br>Donald E. Petersen<br>LAW OFFICE OF DONALD E PETERSEN<br>Post Office Box 1948<br>Orlando, FL 32802-1948<br>Telephone : (407) 648 - 9050<br>depecf@cfl.rr.com<br><br>ATTORNEYS FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

I, Donald E. Petersen, certify that a true and correct copy of the foregoing (including the attachments referenced above) was was provided to counsel of record : BRIAN RUBENSTEIN, ESQ., ERIC MOODY, ESQ. And ERHEST H KOHLMYER, III, ESQ. LLM whose addresses are :

MR. BRIAN RUBENSTEIN, ESQ.
Cole, Scott & Kissane, P.A.
4301 West Boy Scout Boulevard; Suite 400
Tampa, FL 33067
brian.rubenstein@csklegal.com

MR. ERIC MOODY, ESQ.
Cole, Scott & Kissane, P.A.
4301 West Boy Scout Road; Suite 400
Tampa, FL 33607
Eric.Moody@csklegal.com

MR. ERNEST H. KOHLMYER, III, ESQ. LLM
Urban, Thier, Federer & Chinnery, P.A.
200 South Orange Avenue; Suite 20000
Orlando, FL 32801
Kohlmyer@urbanthier.com

on this 15th day of February by filing with the Clerk of Court's Electronic Case Filing system which which will send notice of electronic filing to all counsel of record.   There are not any non-CM/ECF parties in this case.

                                    /s/ Donald E. Petersen_____
                                    Donald E. Petersen