UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAY PALMER, JR.,
on behalf of himself,
and all others similarly situated,
         Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS LLC,
and CASCADE CAPITAL, LLC

         Defendants.
_____/

CASE NO.  6:15-cv-00059-PGB-KRS

**SUPPLEMENTAL DECLARATION OF DONALD E. PETERSEN
IN SUPPORT OF
PLAINTIFF'S MOTION FOR AN AWARD OF
COSTS AND ATTORNEY'S FEES**

I, Donald E. Petersen, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. 1746, that the following statements are true:

1. I am one of the attorneys representing Plaintiff Ray Palmer, Jr. and the class in this matter.

2. Through January 28, 2017 I have requested attorneys fees and costs in the amount of $ 34,270.00.  Docket No. 75.

3. I expended a total of 15.2 billable hours in this matter since January 28, 2017, through June 23, 2017.  (I expended 25.8 hours and have exercised billing discretion to reduce this total by 10.6 hours).  My contemporaneously kept records reflecting my services in this litigation are attached hereto as <u>Exhibit A</u>.

4. My billing rate is $400.00 per hour.   Docket No. 75.

5. The lodestar calculation of attorney fees for my time expended since January 28, 2017 is $ 6,080.00 (15.2 hours x $400.00/hour).

6. There are no additional costs and litigation expenses incurred by my law firm in this matter since January 28, 2017.

7. The additional attorneys fees incurred by Mr. Petersen's firm since January 28, 2017, through June 23, 2017,  is $ 6,080.00.

8. These requested additional attorney time was reasonable and necessary to litigation in this matter.

9. I have further applied a 25 percent across the board reduction (or $ 1,520.00) to this incremental request.  ($ 6,080.00 X .25 = $ 1,520.00)   The net amount sought in this supplemental request is $ 4,560.00.  ($ 6,080.00 - $ 1,520.00 = $ 4,560.00).

10. The total attorneys fees and expenses requested (after 25% write downs) through June 23, 2017, for Mr. Petersen is $ 30,380.00. ($ 25,820.00 + $ 4,560.00 = $ 30,380.00).

11. To facilitate the Court's review of the total amounts sought, I have attached a demonstrative exhibit summarizing the amounts sought by Mr. Bragg and myself as Exhibit "B"

Executed at Palatka, Putnam County, Florida on June 26, 2017.

|  |  |
|---|---|
|  | /s/ Donald E. Petersen |
|  | DONALD E. PETERSEN |