EXHIBIT "B"
DEMONSTRATIVE EXHIBIT RE : ATTORNEYS' FEES & COSTS
RAY PALMER, JR. v. DYNAMIC RECOVERY LLC & CASCADE CAPITAL, LLC

|  | PETERSEN | BRAGG |
|---|---|---|
| ATTORNEYS' FEES : |  |  |
| Through January 28, 2017 | $ 33,800.00 | $ 35,760.50 |
| January 29, 2017 through June 23, 2017 | + $ 6,080.00 | + $ 6,210.00 |
| SUBTOTAL | $ 39,880.00 | $ 41,970.50 |
| LESS : 25% Reduction | - $ 9,970.00 | - $ 10,492.63 |
| NET TOTAL ATTORNEYS' FEES | $ 29,910.00 | $ 31,477.87 |
|  |  |  |
| COSTS |  |  |
| Through January 28, 2017 | $     470.00 | $     168.00 |
| January 29, 2017 through June 23, 2017 | N/A | N/A |
| TOTAL COSTS | $     470.00 | $     168.00 |
|  |  |  |
| TOTAL ATTORNEYS' FEES & COSTS (Through June 23, 2017) | $ 30,380.00 | $ 31,645.87 |
|  |  |  |

| TOTAL ATTORNEYS' FEES & COSTS (BOTH ATTORNEYS) Through June 23, 2017 | $ 62,025.87 |
|---|---|