UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAY PALMER, JR.,
    on behalf of himself,
    and all others similarly situated,

    Plaintiff,

CASE NO.: 6:15-CV-59-ORL-40-KRS

vs.

DYNAMIC RECOVERY SOLUTIONS LLC,
    a South Carolina limited liability
    company,

and CASCADE CAPITAL, LLC,
    a Delaware limited liability company,

    Defendants.
_____/

**NOTICE OF RESOLUTION OF PLAINTIFF'S ATTORNEY'S FEES AND COSTS AND PROPOSED REVISED ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT**

    Undersigned Counsel for Defendant, Dynamic Recovery Solutions LLC, hereby notifies the Court that the issue of the dollar amount of Plaintiff's attorney's fees and costs was resolved today, and this agreement is reflected in paragraphs 5 and 6 of the proposed revised Order Granting Final Approval of Class Settlement Agreement, which will be sent via electronic mail to the Court and counsel for all parties on July 10, 2017.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF system this 10th day of July 2017, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> Attorneys for Defendants
> 4301 West Boy Scout Boulevard, Suite 400
> Tampa, Florida 33607
> Primary Email: brian.rubenstein@csklegal.com
> Secondary Email: eric.moody@csklegal.com
> Secondary Email: patricia.toney@csklegal.com
> Telephone:   (813) 289-9300
> Facsimile:    (813) 286-2900
>
>
> By:____*/s/ Brian Rubenstein*
>         BRIAN RUBENSTEIN
>         FBN: 0016997